AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>Appurtenant Structures and Grounds Located at 7155<br>Hwy 12, Datil, NM 87821 ("PROPERTY 1"); and 7154<br>and 7156 Hwy 12, Datil, NM 87821 ("PROPERTY 2") | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-690 MR |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Mexico_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, (A1-A2) which is attached and fully incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached and fully incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before      April 21, 2026      *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Jerry H. Ritter                    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 7, 2026  3:07 p.m. _____

_____
*Judge's signature*

City and state:    Las Cruces, New Mexico _____

Jerry H. Ritter, United States Magistrate Judge _____
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A-1

*Property to be searched*

### PROPERTY 1

The property to be searched is located at 7155 Highway 12, Datil, NM 87821, and consists

of approximately three acres owned by Wacey and Kaci Walraven and includes one primary residential home, a carport, and the surrounding grounds, including the exterior



of the residence, the carport, and any vehicles matching the following description located on the property: a Gray Toyota Tacoma with a black metal Grille guard, NM: RBW253 or any UTV/ATV or 4x4 tractor vehicles with chevron pattern tire tread.

The search of Property 1 shall include all appurtenant structures, including attached and

detached garages, any storage areas or containers, and the grounds on the property, but shall not include the residential home located on Property 1. Property 1 is designated by a green circle on the accompanying map.



## ATTACHMENT A-2

*Property to be searched*

## PROPERTY 2

The property to be searched is located at 7154 and 7156 Highway 12, Datil, NM 87821, and is limited to two separate portions of land, within a private land parcel, owned by Russell and Melynda Walraven and includes at least two primary residential homes listed as 7154 and 7156, and several appurtenant structures, the largest baring a distinct sign displaying "WALRAVEN

 



HORSES, BREAKING TRAINING." County assessor's records list both 7154 and 7156 as the address under the property parcel record.

The search of the above Property 2 shall include all appurtenant structures, attached and unattached garages and storage areas/containers on Property 2, and any vehicles matching the

## ATTACHMENT A-2 CONTINUED

following description located on the property: a Gray Toyota Tacoma with a black metal Grille guard, NM: RBW253 or any UTV/ATV or 4x4 tractor vehicles with chevron pattern tire tread.

The search of Property 2 also includes the open field area in and around 34.12321, -107.88707. The search of Property 2 shall not include the two residential homes located on Property 2. Property 2 is designated by two red circles on the accompanying map.



3

**ATTACHMENT B**

**PARTICULAR THINGS TO BE SEIZED/INFORMATION TO BE RETRIEVED**

All evidence of violations 16 U.S.C. §1538 (the Endangered Species Act) and 16 U.S.C. §§ 3372-3373 (the Lacey Act), including the following items:

1.  Any wildlife, in part or whole, that can be identified as fruits, evidence, and instrumentalities of violations of the Endangered Species Act 16 U.S.C. §1538.

2.  Any rounds of the following caliber or firearms capable of shooting the following rounds: 218 Bee, 219 Zipper, 22 Hornet, 22 Remington Jet, 22WMR, 22-250 Remington, 220 Swift, 221 Remington Fireball, 222 Remington Mag, 222 Remington, 223 Remington/5.56 x 45mm NATO, that can be identified as fruits, evidence, and instrumentalities of violations of the ESA 16 U.S.C. §1538 and Lacey Act (16 U.S.C. § 3372).

3.  Any foothold traps or cable device, any trap bags and trapping related tools to include; trap identification tags, trapper id number, drivers, sifter, hammer, bait urine, visual attractants.

4.  Any and all clothing consistent with those identified in warrant.

5.  Tire impressions from any UTV/ATV or 4x4 tractor vehicles with chevron pattern tire tread.

6.  Messages, notes, correspondence, and/or communications regarding Mexican Grey Wolves between the Walravens and/or Wellborn regarding wolves and/or trapping activity.

7.  Indications of ownership or control over Gray Toyota Tacoma with a black metal Grille guard, NM: RBW253 or any UTV/ATV style vehicles with chevron pattern tire tread located at the place to be searched, including but not limited to, titles, registrations, gas receipts or repair bills belonging to that vehicle.

8.  Photographs and/or videos of co-conspirators, assets, and /or protected wildlife, stored in any form including electronic form.

4