FILED

# UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

for the

District of New Mexico

MAY 20 2026

| In the Matter of the Search of | | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) ) | **ERIK PALTROW** |
| | ) | Case No. 26-690 **CLERK OF COURT** |
| Appurtenant Structures and Grounds Located at 7155 Hwy 12, Datil, NM 87821 ("PROPERTY 1"); and 7154 and 7156 Hwy 12, Datil, NM 87821 ("PROPERTY 2") | ) ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, (A1-A2) which is attached and fully incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, which is attached and fully incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before     April 21, 2026 _____     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Jerry H. Ritter _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     April 7, 2026  3:07 p.m. _____          _____
                                                                          *Judge's signature*

City and state:     Las Cruces, New Mexico _____          Jerry H. Ritter, United States Magistrate Judge
                                                                          *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>26-690MR | Date and time warrant executed:<br>9 April 26 ~ 0700 | Copy of warrant and inventory left with:<br>Russell Walraven |
| Inventory made in the presence of : Russell Walraven | | |

Inventory of the property taken and name of any person(s) seized:

1) TWO (2) LEG HOLD TRAPS W/ FUR PRESENT ON JAWS

2) FOUR (4) LEG HOLD TRAPS

3) SAVAGE MODEL 223 REMINGTON NIKON BDC RETICLE SCOPE 4.5-14 FIXED SUPPRESSOR, FIXED BI-POD + SLING

4) ONE (1) RUGER WRANGLER 22 LR

5) FOUR (4) TRAPS / TOOL FOR TRAPS

6) ONE (1) SHOVEL

7) AMMO

8) GRAY KOBALT BAG W/ CONTENTS

9) UNDER ARMOR SWEATER

10) FOUR (4) TRAPS SW OF PROPERTY/RESIDENCE

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09 APR 26

_____
Executing officer's signature

Michael Snodgrass
_____
Printed name and title